UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

CASE NO. 5:17-CV-0732-HE

WALLACE GILBERT-MITCHELL,
   PLAINTIFF,

V.

JIM GERLACH, et al.,
   DEFENDANTS.

FILED
FEB 23 2018
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ DEPUTY

## NOTICE OF FILING

WALLACE GILBERT-MITCHELL, PRO SE, PLAINTIFF, HEREBY GIVES THE COURT THE NOTICE THAT HE WILL NOT BE FILING AN AMENDED COMPLAINT. ON OR ABOUT DECEMBER 28, 2017, PLAINTIFF SUFFERED A MILD HEART ATTACK, WHICH CAUSED HIM TO BE HOSPITALIZED FOR SOME TIME, AND SUBSEQUENTLY TO MISS THE JANUARY 8, 2018 DEADLINE FOR FILING THE AMENDED COMPLAINT.

ADDITIONALLY, PLAINTIFF'S HEALTH CONDITIONS HAVE LEFT HIM UNABLE TO ATTEND THE JAIL'S LAW LIBRARY, TO RESEARCH AND PREPARE AN

AMENDED COMPLAINT. PLAINTIFF HUMBLY REQUEST THAT THE DEFENDANTS NOW BE SERVED WITH THE ORIGINAL COMPLAINT.

DATE: 2-17-18

Respectfully submitted
Wallace Gilbert-Mitchell
Wallace Gilbert-Mitchell
#245357
1901 D ST, SE
Washington, DC 20003

-2-